## FOURTH DEPARTMENT, JUNE, 1960

### (June 1, 1960)

■ In the Matter of CHESTER C. GORSKI, Respondent, against THOMAS J. GRIFFIN et al., Appellants, and JAMES R. LAWLEY et al., as Commissioners of Election, Erie County, Respondents.— Order unanimously affirmed, without costs of this appeal to any party. Application for leave to appeal to the Court of Appeals granted. (Appeal from order of Erie Special Term.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ CITY OF BUFFALO, Respondent, v. FERRY-WOODLAWN REALTY COMPANY, INC., et al., Appellants, et al., Defendants.— Application for reargument denied; applications for leave to appeal to the Court of Appeals granted and questions for review certified. Stay granted upon condition that appellants serve and file all necessary papers and be ready to argue before the Court of Appeals on June 6, 1960, or as soon thereafter as the case can be heard. Present — Goldman, J. P., Halpern, McClusky and Henry, JJ.

### (June 10, 1960)

■ In the Matter of the Arbitration between STAR BROADCASTING COMPANY, Appellant, and AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, Respondent.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Monroe Special Term denying motion by Star Broadcasting Company to stay arbitration.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ In the Matter of WILLIAM F. MARTIN, as Director of Public Welfare of the Monroe County Public Welfare District, Respondent, against RONALD C. ZINN, Appellant.— Orders unanimously affirmed, without costs of this appeal to either party. (Appeal from two orders of Monroe Children's Court: (1) adjudging defendant to be the natural father of the child born to the complainant, and (2) adjudging that defendant pay for the support of said child.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of MARTHA F. SCHAFFER, Respondent, against WILLIAM BRYNER, Appellant.— Order insofar as appealed from unanimously affirmed, without costs of this appeal to either party. (Appeal from part of a final order of Chautauqua Supreme Court awarding custody of Kathy Bryner, one of the infant children of the parties, to the relator.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ NEW YORK MOBILE HOMES ASSOCIATION et al., Appellants, v. THOMAS B. STECKEL, as Supervisor of the Town of Chili, et al., Respondents.— Judgment and order unanimously modified to strike therefrom the provisions that the complaint be dismissed, and as so modified, affirmed, with costs to respondents. Memorandum: The ultimate conclusion of the trial court was correct but this being an action for a declaratory judgment the complaint should not have been dismissed. (22 Carmody-Wait, New York Practice, § 33, p. 771.) The individual plaintiff had standing to attack the constitutionality of the statute and we treat as surplusage the statement to the contrary in the opinion of the trial court. (Appeal from judgment and order of Monroe Equity Term declaring the statute in question to be constitutional and dismissing the complaint. Trial had before BRASSER, J., was received in evidence.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.